# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JAMES MATHEW,<br><br>                Plaintiff,<br><br>v.<br><br>CREDIT MANAGEMENT CONTROL, INC.,<br><br>                Defendant. | Case No. 18-CV-1552-JPS<br><br>**ORDER** |

On October 2, 2018, Plaintiff filed this action alleging violations of the Fair Debt Collection Practices Act. (Docket #1). The Court's records reflect that Defendant has not appeared through counsel, much less filed an answer to the complaint or a motion for summary judgment. On November 7, 2018, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and with each party to bear their own costs and attorneys' fees. (Docket #6). Because Defendant has not yet served either an answer to the complaint or a motion for summary judgment, the Court will adopt Plaintiff's notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #6) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and with each party to bear their own costs and fees.

Dated at Milwaukee, Wisconsin, this 13th day of November, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge